STATE OF CONNECTICUT <i>v.</i> JOHN ROY

The defendant's petition for certification for appeal from the Appellate Court, 34 Conn. App. 751 (AC 12281), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the defendant was not entitled to review of his challenge to the sufficiency of the evidence for his conviction?"

The Supreme Court docket number is SC 15040.

*Daniel S. Blinn,* special public defender, in support of the petition.

*Nancy L. Gillespie,* deputy assistant state's attorney, in opposition.

Decided September 20, 1994

AETNA LIFE AND CASUALTY COMPANY <i>v.</i><br>MARIE BRACCIDIFERRO*

The plaintiff's petition for certification for appeal from the Appellate Court, 34 Conn. App. 833 (AC 11058), is granted, limited to the following issues:

* The plaintiff's appeal was withdrawn September 1, 1995.

"1. Did the Appellate Court properly conclude that Public Acts 1993, No. 93-77, applied to the defendant's claim because that claim was not a 'final judgment' within the meaning of Public Acts 1993, No. 93-77?

"2. If the answer to question 1. is yes, did the Appellate Court properly conclude that the application of Public Acts 1993, No. 93-77, to the facts of this case did not violate the plaintiff's rights under: (a) article first, § 1, of the Connecticut constitution; (b) article first, § 10, of the United States constitution; (c) the due process clause of the fourteenth amendment to the United States constitution; or (d) article first, § 10, of the Connecticut constitution?"

The Supreme Court docket number is SC 15038.

*Michael P. Del Sole,* in support of the petition.

Decided September 20, 1994